*Mr. Richard V. Lindabury* for the petitioner. *The Attorney General* and *Mr. Assistant to the Attorney General Todd* for the respondent.

---

No. 821. BRUCE BORLAND, PETITIONER, *v.* THE NORTHERN TRUST SAFE DEPOSIT COMPANY. February 21, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George P. Fisher* and *Mr. Josiah McRoberts* for the petitioner. *Mr. George Dudley Seymour, Mr. Robert H. Parkinson* and *Mr. Wallace R. Lane* for the respondent.

---

No. 824. NATIONAL BRAKE & ELECTRIC COMPANY, PETITIONER, *v.* NIELS A. CHRISTENSEN ET AL. February 21, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Parker W. Page, Mr. Thomas B. Kerr, Mr. J. Snowden Bell* and *Mr. Charles A. Brown* for the petitioner. *Mr. Joseph B. Cotton, Mr. Willet M. Spooner* and *Mr. William R. Rummler* for the respondents.

---

No. 820. CLARK PEASE, PETITIONER, *v.* RATHBUN-JONES ENGINEERING COMPANY. February 28, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Perry J. Lewis* and *Mr. E. C. Brandenburg* for the petitioner. *Mr. James D. Walthall* for the respondent.

---

No. 827. WILLIAM FILENE'S SONS COMPANY, PETITIONER, *v.* CHARLES F. WEED ET AL. February 28, 1916. Petition for a writ of certiorari to the United States